AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

First Circuit            DISTRICT OF        Massachusetts

## APPEARANCE

Case Number: 04-1809

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for       Phillip Albert

I certify that I am admitted to practice in this court.

6/30/04
Date

Signature

Print Name: MARC R. SALINAS        Bar Number: 644655
Address: Andrews + Updegraph, 70 Washington St
City: Salem    State: MA    Zip Code: 01970
Phone Number: 978 740-6633    Fax Number: 978 740-6644