AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

FIRST CIRCUIT _____    DISTRICT OF    MASSACHUSETTS _____

**APPEARANCE**

Case Number: 04-1809

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Phillip ALBERT

I certify that I am admitted to practice in this court.

6/30/04
Date

Signature

Print Name: JOHN ANDREWS     Bar Number: 554259
Address: ANDREWS & UPDEGRAPH, PC
70 WASHINGTON ST
City: SALEM   State: MA   Zip Code: 01970
Phone Number: 978 740-6633   Fax Number: (978) 740-6644