AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

PHILIP R. ALBERT, JR.

### WARRANT FOR ARREST

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Philip R. Albert, Jr.
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title _____ 21 _____ United States Code, Section(s) 846 and 841(a)(1)

Charles B. Swarthmore          U S Magistrate Judge
Name of Issuing Officer                  Title of Issuing Officer

_(signature)_                   6-29-04    Boston, MA
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/30/04 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Philip R. Albert, Jr.

ALIAS:

LAST KNOWN RESIDENCE: 10 Babson St., Gloucester, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Lynn, MA

DATE OF BIRTH (4 digit year): 00-00-1977

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 8899

HEIGHT: 5'8"                                    WEIGHT: 235

SEX:    M                                        RACE:    W

HAIR:    Blond                                   EYES:    Blue

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration

15 New Sudbury Street

Boston, MA