# Andrews & Updegraph
*A Professional Corporation*

Counsellors at Law

John Andrews
John M. Updegraph
Robert M. Straznick
Marc R. Salinas

Lawrence R. Plavnick
*Of Counsel*

July 26, 2004

Ms. Lisa Roland
United States District Court
595 Main Street
Worcester, MA 01608

    Re:    United States of America v. Philip Albert
            Docket No.: 04-1809-CBS

Dear Ms. Roland:

    Kindly accept this request for transcripts from the probable cause hearing that took place on July 23, 2004.

    Thank you for your assistance.

Very truly yours,

Marc R. Salinas

cc:    Philip Albert